1 So.3d 347 (2009)
S.R., Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-572.
District Court of Appeal of Florida, Fifth District.
January 27, 2009.
Robert Wesley, Public Defender, and Rosemarie Farrell, General Counsel, Orlando, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Helen Brewer Fouse, Assistant Attorney General, Tampa, for Appellee.
PER CURIAM.
AFFIRMED. See R.L. v. Shanks, 987 So.2d 140 (Fla. 5th DCA 2008).
PALMER, C.J., SAWAYA and ORFINGER, JJ., concur.